William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas. J. Hanlon
Richard R. Barker
Assistant United States Attorneys
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:20-CR-2026-SAB |
| --- | --- |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 1111, 1153<br>First Degree Murder<br>(Counts 1, 2) |
| EDWARD CHARLES ROBINSON, JR., | 18 U.S.C. §§ 111(a)(3), 1153<br>Assault with a Dangerous Weapon<br>(Count 3) |
| Defendant. | |

The Grand Jury charges:

COUNT 1

On or about April 9, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, EDWARD CHARLES ROBINSON, Jr., an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill M.M. by stabbing her with a knife; all in violation of 18 U.S.C. §§ 1111, 1153.

INDICTMENT                                      1

## COUNT 2

On or about April 9, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, EDWARD CHARLES ROBINSON, Jr., an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill S.B. by stabbing her with a knife; all in violation of 18 U.S.C. §§ 1111, 1153.

## COUNT 3

On or about April 9, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, EDWARD CHARLES ROBINSON, Jr., an Indian, assaulted K.R. with a dangerous weapon, to wit: a knife, with intent to do bodily harm; all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

DATED: July 21, 2020

A TRUE BILL

William D. Hyslop
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Richard Barker
Assistant United States Attorney

INDICTMENT                                                      2