# United States District Court, Eastern District of Washington
# Magistrate Judge Mary K. Dimke
# Richland

**USA v. EDWARD CHARLES ROBINSON, JR.**   Case No.   **1:20-CR-2026-SAB-1**

Video Conference
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment: 07/23/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Thomas Hanlon & Richard Barker, US Atty [video] |
| ☐ | Pam Howard, Courtroom Deputy [S] | ☒ | Craig Webster, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [tele] | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody, appearing via video from YCJ. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties appeared by video or teleconference.
    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that their true and correct name is: Edward Charles Robinson, Jr.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
    1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

*Waived by Defendant;*
**USA's Motion for Detention is *granted.***
*Subject to right to return before the Court should circumstances change.*