FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHARLES ROBINSON, JR.,<br><br>Defendant. | No. 1:20-CR-02026-SAB-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND GRANTING UNITED STATES' MOTION FOR DETENTION<br><br>**ECF No. 6** |

On Wednesday, July 22, 2020, Defendant made his initial appearance and was arraigned based on the Indictment (ECF No. 1). With his consent, Defendant appeared by video from the Yakima County Jail, represented by Assistant Federal Defender Craig Webster. Assistant United States Attorneys Thomas Hanlon and Richard Barker represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND GRANTING UNITED STATES' MOTION FOR DETENTION - 1

The Office of the Federal Defenders was appointed to represent Defendant.

The United States moved for detention (ECF No. 6). Defendant, personally and through counsel, waived his right to a detention hearing.

Accordingly, **IT IS ORDERED**:

1. The United States' Motion for Detention (**ECF No. 6**) is **GRANTED.**

2. Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the Court. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the Court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

5. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which

Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in LCrR 46(k).

7. The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case.

http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

8. Defendant is bound over to Judge Stanley A. Bastian for further proceedings.

DATED this July 23, 2020.

s/*Mary K. Dimke*  
MARY K. DIMKE  
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND GRANTING UNITED STATES' MOTION FOR DETENTION - 3