FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>EDWARD CHARLES ROBINSON, JR.,<br><br>                 Defendant. | No. 1:20-CR-02026-SAB-1<br><br>**ORDER DIRECTING COMPETENCY EVALUATION AT SEATAC METROPOLITAN DETENTION CENTER**<br><br>**\*\*U.S. MARSHALS ACTION REQUIRED\*\*** |

      Before the Court are Defendant's Motion to Determine Competency, ECF No. 33, and the Government's Motion Requesting Competency Evaluation, ECF No. 35. The Court held a hearing on the motions on September 1, 2021. The United States was represented by Thomas Hanlon and Richard Barker. Defendant was represented by Craig Webster. Defendant was present in the courtroom in the custody of the U.S. Marshals.

      The Government requested that the Court order Defendant to undergo a competency evaluation. Counsel for Defendant stated that he had no objection to the Government's request. Pursuant to 18 U.S.C. §§ 4241(a), (b), and 4247(b), the Court granted the Government's motion.

//

//

**ORDER DIRECTING COMPETENCY EVALUATION AT SEATAC METROPOLITAN DETENTION CENTER** # 1

The Court also asked counsel for Defendant to address the question of whether Defendant's Motion to Determine Competency, ECF No. 33, should remain sealed. For the reasons stated on the record, the Court ordered counsel for Defendant to refile the Motion to Determine Competency. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Determine Competency, ECF No. 33, is **STRICKEN** with leave to refile. Counsel for Defendant shall file the motion publicly, but file the supporting memoranda and affidavits under seal. The Court will revisit the issue of whether these documents shall remain under seal once the Court has made a decision about Defendant's competency.

2. The Government's Motion Requesting Competency Evaluation, ECF No. 35, is **GRANTED**.

3. The U.S. Marshals are directed to transport Defendant to the SEATAC Metropolitan Detention Center ("MDC") for the purpose of conducting a mental competency evaluation. The examination shall be conducted by the MDC staff as soon as space is available.

4. Defendant shall be examined to determine whether he is presently competent to stand trial. Specifically, the examiner shall determine whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. *See* 18 U.S.C. § 4241(a).

//
//
//
//
//

**ORDER DIRECTING COMPETENCY EVALUATION AT SEATAC METROPOLITAN DETENTION CENTER # 2**

5. After the evaluation, the examiner shall prepare a formal written report with his or her opinions and conclusions, including the reasons for the opinions and conclusions. This report shall be filed with the Court and copies provided to counsel for the Government and Defendant. The report shall be filed under seal.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel **AND** to the U.S. Marshals.

**DATED** this 2nd day of September 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DIRECTING COMPETENCY EVALUATION AT SEATAC METROPOLITAN DETENTION CENTER # 3**