Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Richard R. Barker
Assistant United States Attorneys
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:20-CR-02026-SAB |
| Plaintiff, | |
| vs. | JOINT STATUS REPORT |
| EDWARD CHARLES ROBINSON, JR., | Without Oral Argument |
| Defendant. | |

The United States of America, by and through United States Attorney Vanessa R. Waldref, as well as Assistant United States Attorneys Thomas J. Hanlon and Richard R. Barker, hereby files this status report concerning Defendant EDWARD CHARLES ROBINSON, JR. On August 1, 2022, counsel for the government conferred with Craig Webster, counsel for the Defendant.

## BACKGROUND

On August 19, 2021, the United States filed a motion Requesting a Competency Evaluation. ECF No. 35. The Defendant filed a motion on September 1, 2021 to Determine Competency of Defendant. ECF No. 37. The next day, September 2, 2021, this Court issued an order Directing a Competency Evaluation for Defendant. ECF No. 39. Dr. Cynthia A. Low, PhD ("Dr. Low") conducted the forensic evaluation and concluded in a February 25, 2022 report that Defendant currently has "a poor ability to property assist counsel in his defense." ECF No. 47. Dr. Low

-1-

Government's August 2022 Status Report

recommended Defendant undergo "[f]ormal competency restoration procedures at a federal medical center." *Id.*

On March 16, 2022, the United States filed an unopposed motion requesting competency restoration, ECF No. 49, which was granted on March 24, 2022, *see* ECF No. 51. Pursuant to that order, the parties are required to file monthly status reports until Defendant has commenced competency restoration procedures. *Id.*

## STATUS UPDATE

The United States hereby provides the following information regarding Mr. Robinson's placement into Butner FCI for competency restoration:

Defendant has been designated for treatment at the Butner FCI. Mr. Robinson is now scheduled for intake into Butner FCI for competency restoration the week of August 22, 2022. The United States Attorney's Office has confirmed with the United States Marshal's Service that Mr. Robinson is schedule to leave for Butner FCI on Wednesday, August 3, 2022.

DATED: August 1, 2022                    Respectfully submitted,

Vanessa R. Waldref
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

*s/ Thomas J. Hanlon*
Thomas J. Hanlon
Assistant United States Attorney

-2

Government's August 2022 Status Report

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

                                     *s/Richard R. Barker*
                                     Richard R. Barker
                                     Assistant United States Attorney