Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Edward Charles Robinson, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br>   v.<br>Edward Charles Robinson, Jr.,<br>                       Defendant. | No. 1:20-CR-2026-SAB<br><br>**Motion to Seal** |

Edward Charles Robinson, Jr., hereby moves this Court to file, under seal, Exhibit A RE: Defendant's Response Brief RE: ECF 72. This document contains information regarding Mr. Robinson's mental health. Given the sensitive nature of this document, the defense believes it is not appropriate that it be made a part of the public record.

Dated: May 12, 2023.

Motion to Seal: 1

By s/ Craig D. Webster
Craig D. Webster,
WSBA #40064
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard R. Barker, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster

Motion to Seal: 2