UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD CHARLES ROBINSON, JR.,<br><br>Defendant. | No.: 1:20-CR-02026-SAB<br><br>**[PROPOSED] ORDER GRANTING UNITED STATE'S MOTION FOR ADDITIONAL FORCED MEDICATION** |

This matter comes before the Court upon motion by the United States requesting the Defendant continue his proposed psychiatric regimen, including adjusting the regimen as the Bureau of Prisons (BOP) determines is appropriate.

The Court, being fully advised hereby grants the Government's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Additional Forced Medication, ECF No. ___, is **GRANTED**.

2. BOP shall provide counsel with an additional status report by July 1, 2024, detailing any updates or progress relevant to Defendant's competency status, as well as any recommendations going forward.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the Federal Bureau of Prisons.

**DATED** this ____ day of March 2024.

_____
Stanley A. Bastian
Chief United States District Judge