

Colin G. Prince
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Honorable Stanley Bastian

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Edward Robinson,<br><br>　　　　　Defendant. | No. 1:20-cr-2026-SAB-1<br><br>Motion to Withdraw and Terminate Notifications |

Colin Prince respectfully moves to withdraw from this representation because he is no longer employed with the Federal Defenders of Eastern Washington, and because Mr. Robinson is ably represented by Mr. Webster, his assigned counsel from the outset of the case.

I also request that further notifications be terminated.

Dated: June 17, 2024.

Connelly Law Offices

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100

### Service Certificate

I certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify the following: Richard Barker, Thomas Hanlon, and Craig Webster.

s/Colin G. Prince
Colin G. Prince, WSBA No. 43166
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100