Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CHARLES ROBINSON, JR.,<br><br>Defendant. | Case No.: 1:20-cr-02026-SAB<br><br>Notice of Withdrawal of Counsel for the United States |

Plaintiff, United States of America, by and through Richard R. Barker, Acting United States Attorney for the Eastern District of Washington, hereby withdraws **Richard R. Barker** as counsel of record on behalf of the United States.

Dated: June 23, 2025.

Richard R. Barker
Acting United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Acting United States Attorney

Notice of Withdrawal of Counsel for the United States - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ Richard R. Barker*
Richard R. Barker
Acting United States Attorney

Notice of Withdrawal of Counsel for the United States - 2