FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CHARLES ROBINSON, JR,<br><br>Defendant. | No. 1:20-CR-02026-SAB-1<br><br>**ORDER DISMISSING INDICTMENT** |

Before the Court is the Government's Motion to Dismiss Indictment, ECF No. 131. The Government is represented by Thomas Hanlon. Defendant is represented by Craig Webster.

The Government asks the Court to dismiss the Indictment filed the above-captioned case, pursuant to Federal Rule of Criminal Procedure 48(a).

The Court makes no judgment as to the merit or wisdom of the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, ECF No. 131, is **GRANTED**.

2. Pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment, ECF No. 1, is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide a copy to counsel, and **close** the file.

**DATED** this 8th day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT # 1**